# Court of Appeals of the State of Georgia

ATLANTA, March 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0272. ANDREW WILLIAM ECKERD v. THE STATE.**

In 2013, Andrew William Eckerd pleaded guilty to possession of cocaine and was sentenced to ten years to serve on probation. On May 2, 2022, the trial court revoked the balance of Eckerd's probation. Eckerd then filed this application on March 14, 2023.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because Eckerd's application was filed 316 days after entry of the probation revocation order, it is untimely and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/24/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, Clerk.

---

[1] Eckerd attempted to file an application for discretionary appeal in August 2022 and September 2022, but the paperwork was returned each time for failure to comply with this Court's rules.